[No. 42979-5-I.    Division One.    December 28, 1998.]

JENNIFER GASTINEAU, ET AL., *Appellants*, v. THE CITY OF BOTHELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-07675-5, R. Joseph Wesley, J., entered June 9 and October 22, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

[No. 15397-5-III.    Division Three.    December 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE G. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01103-4, Michael W. Leavitt, J., entered December 8, 1995. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 15389-4-III.    Division Three.    December 31, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ANTHONY KING, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 95-1-50379-8, Dennis D. Yule, J., entered December 13, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 16826-3-III.    Division Three.    December 31, 1998.]

MICHAEL T. KINNEY, *Appellant*, v. SPOKANE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-07015-3, Kenneth Kato, J., entered July 28, 1997. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.